UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 9, 2020   **Time:** 2:27-2:40 & 2:44-3:41   **Judge:** EDWARD J. DAVILA
(1 hour 10 minutes)

**Case No.** 5:17-cr-00068-EJD-9   **Case Name:** UNITED STATES v. Emilio Escobar-Albarnga

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:** Bruce Funk

**Deputy Clerk:** Patty Cromwell   **Court Reporter:** Irene Rodriguez
**Interpreter:** Thelma Oros-Fotedar   **Probation Officer:** Karen Mar

## PROCEEDINGS – JUDGMENT AND SENTENCING

Defendant is present and in-custody assisted by the Spanish interpreter.

**Defendant is hereby committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 60 months. This term consists of 60 months on each of Cts. 1 and 3 of the Second Superseding Indictment (Dkt. 147 filed 8/16/2018) said terms to be served concurrent to one another.**
**The Court imposes a 5-year term of Supervised Release as to Ct. 1 and Ct. 3, said term shall run concurrently to one another if the defendant is not deported.**

The Court adopts the Probation Officer's recommendations for standard and special conditions. Special Assessment Fee of $200 imposed due immediately ($100 per count); Fine waived; (SEE JUDGMENT).

Defendant is remanded to the custody of the BOP.

All open Counts are hereby DISMISSED.